IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EXXON MOBIL CORPORATION,   )
                           )
     Plaintiff,            )
                           )
     v.                    )   CIVIL ACTION NO.
                           )     2:04mc3216-T
MAJOR LUBRICANTS CO.,      )
INC.,                      )
                           )
     Defendant.            )
```

ORDER

By final judgment entered June 22, 2004, in the Untied States District Court, Eastern District of Virginia, plaintiff Exxon Mobil Corporation is to have and recover from defendant Major Lubricants Co., Inc. the aggregate sum of $ 265,518.88 plus interest.  That judgment was certified for registration in this district, the Middle District of Alabama, on July 29, 2004 (Doc. No. 1).  On October 21, 2005, a writ of garnishment (Doc. No. 6) was issued against garnishee Regions Bank claiming that Major Lubricants is indebted to Exxon for $ 265,518.88 plus interest.  On November 2, 2005, Regions

Bank filed an answer (Doc. No. 8) indicating that it had in its possession $ 8,945.62 belonging to Major Lubricants.  In an order dated November 4, 2005 (Doc. No. 9), this court ordered Major Lubricants to show cause why final judgment should not be entered against Regions Bank, as prescribed by the writ of garnishment.  Major Lubricants did not respond to the show-cause order.

Accordingly, it is the ORDER, JUDGMENT and DECREE of the court that judgment is entered against garnishee Regions Bank and that garnishee Regions Bank shall pay into the registry of the United States District Court, Montgomery, Alabama sufficient sums, as prescribed in the writ of garnishment, from the money in its possession belonging to defendant Major Lubricants Co., Inc.

DONE, this the 23rd day of November, 2005.

                                               /s/ Myron H. Thompson  
                                         UNITED STATES DISTRICT JUDGE